UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>        Plaintiff,<br><br>    v.<br><br>RED TAVERN, et al.,<br><br>        Defendants. | Case No. 13-cv-05661-JSC<br><br>**ORDER FOR PLAINTIFF TO FILE STATUS REPORT** |

Plaintiff filed this Americans With Disabilities Act access action nearly one year ago. Defendants appeared in March 2014. Since that time the docket does not reflect any activity. Accordingly, on or before January 9, 2015 Plaintiff shall file a report updating the Court on the status of the action.

**IT IS SO ORDERED**.

Dated: December 3, 2014

JACQUELINE SCOTT CORLEY
United States Magistrate Judge